**LAW OFFICES OF BRADLEY S. ROTHSCHILD, LLC**
Bradley S. Rothschild, Esq. (BR9628)
One University Plaza, Suite 408
Hackensack, New Jersey 07601
Tel:   (845) 287-0011
Fax:   (845) 684-0036
E-mail: brad@rothschildesq.com
Attorneys for Defendant Umit Sencan

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CISCO SYSTEMS, INC., a California Corporation, 170 W. Tasman Drive San Jose, CA 95134 and CISCO TECHNOLOGY, INC., a California corporation, 170 W. Tasman Drive San Jose, CA 95134 Plaintiffs, vs. UMIT INTERNATIONAL TRADING LLC dba T-NET TECHNOLOGY, a New Jersey corporation, 14 Village Park Road Cedar Grove, NJ 07009 and BEYIN INFORMATION TECHNOLOGY LLC, a New Jersey corporation, United D, 1st Floor 39 Plymouth Street | Civil Action No. 2:18-cv-00883-ES-JAD **DEFENDANT UMIT SENCAN'S ANSWER TO PLAINTIFFS' COMPLAINT** |

1

Fairfield, NJ 07004

   and

BRYANT INFORMATION
TECHNOLOGY, a New Jersey
corporation,
39 Plymouth Street
Unit D, 1st Floor
Fairfield, NJ 07004

   and

CANDELA NETWORK LLC, a New York
corporation,
14 Village Park Road
Cedar Grove, NJ 07009

   and

USELIM LLC, a New York
corporation,
14 Village Park Road
Cedar Grove, NJ 07009

   and

Andy Kocabas, an individual,
239 Vernon Ave., Apt. 2
Paterson, NJ 07503

   and

Umit Sencan, an individual,
115 Pearl Brook Drive
Clifton, NJ 07013

   and

Sarvar Nurullaev, an individual,
15935 Bent Tree Forest Circle #2
Dallas, TX 75248

and

ABC CORPORATIONS 1-25,

and

DOES 1-50,

                    Defendants.

Defendant UMIT SENCAN answers plaintiffs CISCO SYSTEMS, INC. and CISCO

TECHNOLOGY INC.'s complaint, as follows:

## AS TO THE INTRODUCTION

1.      Admitted to the extent that plaintiffs state the nature of their claims, as the

complaint speaks for itself.  Otherwise, answering the allegations of paragraph 1 of the

complaint, defendant has no information or belief sufficient to enable him to answer the

allegations of said paragraph, and basing his denials on that ground, denies each and every, all

and singular, generally and specifically, the allegations of said paragraph.

2.      Answering the allegations of paragraph 2 of the complaint, defendant has no

information or belief sufficient to enable him to answer the allegations of said paragraph, and

basing his denials on that ground, denies each and every, all and singular, generally and

specifically, the allegations of said paragraph.


## AS TO THE PARTIES

3.      Answering the allegations of paragraph 3 of the complaint, defendant has no

information or belief sufficient to enable him to answer the allegations of said paragraph, and

basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

4. Answering the allegations of paragraph 4 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

5. Answering the allegations of paragraph 5 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

6. Answering the allegations of paragraph 6 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

7. Answering the allegations of paragraph 7 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

8. Answering the allegations of paragraph 8 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

9.      Answering the allegations of paragraph 9 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

10.      Admitted as to Defendant's address. Otherwise, denied.

11.      Answering the allegations of paragraph 11 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

12.      Answering the allegations of paragraph 12 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

13.      Answering the allegations of paragraph 13 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

14.      Answering the allegations of paragraph 14 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

15.     Answering the allegations of paragraph 15 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

16.     Admitted insofar as defendant is a citizen and resident of the State of New Jersey. Defendant denies the balance of the allegations contained in this paragraph.

17.     Answering the allegations of paragraph 17 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Otherwise, answering the allegations of paragraph 17 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

## AS TO JURISDICTION

18.     Answering the allegations of paragraph 18 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

19.     Answering the allegations of paragraph 19 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and

basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

20.     Answering the allegations of paragraph 20 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

**AS TO VENUE**

21.     Answering the allegations of paragraph 21 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

**AS TO THE FACTUAL ALLEGATIONS**

22.     Answering the allegations of paragraph 22 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

23.     Answering the allegations of paragraph 23 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and

basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

24.     Answering the allegations of paragraph 24 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

25.     Answering the allegations of paragraph 25 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

26.     Answering the allegations of paragraph 26 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

27.     Answering the allegations of paragraph 27 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

28.     Answering the allegations of paragraph 28 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

29.     Answering the allegations of paragraph 29 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

30.     Answering the allegations of paragraph 30 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

31.     Answering the allegations of paragraph 31 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

32.     Answering the allegations of paragraph 32 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

33.     Answering the allegations of paragraph 33 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and

basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

34.     Answering the allegations of paragraph 34 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

35.     Admitted insofar as certain defendants exchanged correspondence with plaintiffs. Defendant denies the balance of the allegations contained in this paragraph.

36.     Answering the allegations of paragraph 36 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

37.     Answering the allegations of paragraph 37 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

38.     Answering the allegations of paragraph 38 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

39.     Answering the allegations of paragraph 39 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

40.     Answering the allegations of paragraph 40 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

## AS TO COUNT I

### Federal Trademark Infringement

### *15 U.S.C. § 1114(1)(a)*

41.     Answering the allegations of paragraph 41 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 40 of plaintiffs' complaint as if fully set forth herein.

42.     Answering the allegations of paragraph 42 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

43.     Answering the allegations of paragraph 43 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

44.     Answering the allegations of paragraph 44 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

45.     Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

46.     Answering the allegations of paragraph 46 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

47.     Answering the allegations of paragraph 47 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

48.     Answering the allegations of paragraph 48 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

49.     Answering the allegations of paragraph 49 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AS TO COUNT II

### Federal Trademark Counterfeiting

#### *15 U.S.C. § 1114(1)(b)*

50.     Answering the allegations of paragraph 50 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 49 of plaintiffs' first amended complaint as if fully set forth herein.

51.     Answering the allegations of paragraph 51 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

52.     Answering the allegations of paragraph 52 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

53.     Answering the allegations of paragraph 53 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

54.     Answering the allegations of paragraph 54 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

55.     Answering the allegations of paragraph 55 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

56.     Answering the allegations of paragraph 56 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

57.     Answering the allegations of paragraph 57 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies

each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AS TO COUNT III

### False Designation of Origin

#### *15 U.S.C. § 1125(a)*

58.     Answering the allegations of paragraph 58 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 57 of plaintiffs' complaint as if fully set forth herein.

59.     Answering the allegations of paragraph 59 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

60.     Answering the allegations of paragraph 60 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

61.     Answering the allegations of paragraph 61 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph

allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

62.     Answering the allegations of paragraph 62 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AS TO COUNT IV

### Importation of Goods Bearing Infringing Marks or Names

#### *15 U.S.C. § 1124*

63.     Answering the allegations of paragraph 63 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 62 of plaintiffs' complaint as if fully set forth herein.

64.     Answering the allegations of paragraph 64 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

65.     Answering the allegations of paragraph 65 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

66.     Answering the allegations of paragraph 66 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

67.     Answering the allegations of paragraph 67 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AS TO COUNT V

### New Jersey Trademark Counterfeiting

#### *N.J.S.A.§§ 56.3-13.16*

68.     Answering the allegations of paragraph 68 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 67 of plaintiffs' complaint as if fully set forth herein.

69.     Answering the allegations of paragraph 69 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

70.     Answering the allegations of paragraph 70 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

71.     Answering the allegations of paragraph 71 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

72.     Answering the allegations of paragraph 72 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AS TO COUNT VI

### New Jersey Unfair Competition

### *N.J.S.A.§§ 56.4-1 et seq.*

73.     Answering the allegations of paragraph 73 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 72 of plaintiffs' complaint as if fully set forth herein.

74.     Answering the allegations of paragraph 74 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

75.     Answering the allegations of paragraph 75 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies

each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

76. Answering the allegations of paragraph 76 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

77. Answering the allegations of paragraph 77 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

78. Answering the allegations of paragraph 78 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

# AS TO COUNT VII

## Common Law Trademark Infringement

79.    Answering the allegations of paragraph 79 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 78 of plaintiffs' complaint as if fully set forth herein.

80.    Answering the allegations of paragraph 80 of the complaint, defendant has no information or belief sufficient to enable him to answer the allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the allegations of said paragraph.

81.    Answering the allegations of paragraph 81 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

82.    Answering the allegations of paragraph 82 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

83.     Answering the allegations of paragraph 83 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

84.     Answering the allegations of paragraph 84 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

85.     Answering the allegations of paragraph 85 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

86.     Answering the allegations of paragraph 86 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies

each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AS TO COUNT VIII

### Unjust Enrichment

87.     Answering the allegations of paragraph 87 of the complaint, defendant refers to and incorporates his answer to the allegations of paragraphs 1 through 86 of plaintiffs' complaint as if fully set forth herein.

88.     Answering the allegations of paragraph 88 of the complaint, defendant denies each and every, all and singular, generally and specifically, the allegations of said paragraph allegedly pertaining to him. Defendant has no information or belief sufficient to enable him to answer the remaining allegations of said paragraph, and basing his denials on that ground, denies each and every, all and singular, generally and specifically, the remaining allegations of said paragraph.

## AFFIRMATIVE DEFENSES

Defendant alleges the following additional reasons plaintiffs are not entitled to recover anything against him:

1.     The complaint and each alleged cause of action therein fails to state facts sufficient to constitute a cause of action against defendant.

2.     The complaint and each alleged cause of action therein is barred by the failure of consideration and conditions precedent.

3.     The complaint and each alleged cause of action therein is barred by the doctrine of unclean hands.

4.      The complaint and each alleged cause of action therein is barred by the doctrine of laches.

5.      The complaint and each alleged cause of action therein is barred by the statute of frauds.

6.      The complaint and each alleged cause of action therein is barred by the parol evidence rule.

7.      The complaint and each alleged cause of action therein is barred by the actions, inactions, delays in acting, and/or omissions of plaintiffs, which constitute an estoppel, waiver, release, and/or consent both in fact and in law.

8.      The complaint and each alleged cause of action therein is barred by the applicable statutes of limitations.

9.      The complaint and each alleged cause of action therein is barred in that any acts or omissions by defendant was in good faith and defendant had reasonable grounds for believing that his conduct did not violate any provision of state or federal laws or regulations.

10.      Plaintiffs failed and neglected to use reasonable care to protect themselves and to minimize or mitigate the alleged injuries, losses, and damages, if any, which are denied.

11.      Plaintiffs knowingly, voluntarily, and unreasonably assumed the risk of the conduct, events, and matters alleged in their first amended complaint, and any injuries, losses, or damages referred to in their complaint, if any there were, which are denied, was the direct and proximate result of the risks so assumed.

12. Should plaintiffs recover from defendant, defendant is entitled to indemnification, either in whole or in part, from all persons and/or entities whose negligence and/or fault contributed to plaintiffs' injuries, losses, and damages, if any, which are denied.

13. The complaint and each alleged cause of action therein is barred in that defendant was not the cause in fact or the legal and/or proximate cause of plaintiffs' injuries, losses, and damages, if any, which are denied.

14. The complaint and each alleged cause of action therein is barred in that plaintiffs acknowledged, ratified, consented to, and/or acquiesced in the alleged actions, inactions, delays in acting and/or omissions of defendant, if any, which are denied.

15. The complaint and each alleged cause of action therein are barred by the doctrine of unjust enrichment.

16. The complaint and each alleged cause of action therein is barred in that there is a defect or misjoinder of parties, lack of standing, and the failure to join all indispensable parties herein.

17. The complaint and each alleged cause of action therein is barred in that any injuries, losses, and damages which were allegedly suffered by plaintiffs, which are denied, was the result of the independent actions, inactions, delays in acting, omissions and/or fault of persons or entities other than defendant for which defendant was not and is not legally responsible, and defendant did not participate, partake or was otherwise involved in the purchase and sales of plaintiffs' alleged products.

18. The complaint and each alleged cause of action therein is barred by the doctrine of fair use.

19. The complaint and each alleged cause of action therein is barred by the first sale doctrine.

20. The complaint and each alleged cause of action therein is barred by the prior use doctrine.

21. The complaint and each alleged cause of action therein is barred in that any alleged damages are speculative and uncertain and not the proximate result of any actions, inactions, delays in acting, and/or omissions of defendant.

22. The complaint and each alleged cause of action therein is barred in that plaintiffs do not own or control the rights allegedly giving rise to plaintiffs' claims against defendant.

23. The complaint and each alleged cause of action therein is barred in that plaintiffs abandoned their rights and registrations, if any, which are denied, through discontinued use with the intent not to resume such use and/or through their course of conduct that caused their rights and registrations, if any, which are denied, to become a generic name for their products.

24. The complaint and each alleged cause of action therein is barred to the extent plaintiffs seek to hold defendant liable as an innocent infringer, if any infringement there be, which is denied.

25. The complaint and each alleged cause of action therein is barred to the extent that plaintiffs' state common law claims and unfair competition and business practices claims are preempted by federal law.

26.     The complaint and each alleged cause of action therein is barred in that defendant's co-defendants were allegedly given permission and/or consent to buy and sell used, refurbished, and/or aftermarket products.

27.     The complaint and each alleged cause of action therein fails to state facts sufficient to entitle plaintiffs to an award of attorney's fees against defendant.

28.     The complaint and each alleged cause of action therein fails to state facts sufficient to entitle plaintiffs to an award of punitive damages against defendant.

29.      Any award of punitive damages against defendant would violate his rights to due process under the United States and New Jersey Constitutions in that the standards and procedures by which a jury may award punitive damages allows the jury unlimited discretion in making its determination.

30.     Plaintiffs do not describe their complaints herein with sufficient particularity to permit defendant to ascertain what other defenses may exist. Defendant reserves the right to assert all other defenses which may pertain to the first amended complaint as plaintiff's claims are clarified.

## AS TO PLAINTIFFS' JURY DEMAND

Defendant denies that plaintiffs are entitled to a trial by jury on all issues in their complaint.

**WHEREFORE**, defendant pray for judgment as follows:

1.     That plaintiffs take nothing by their complaint and that the same be dismissed;

2.     For defendant's costs of suit herein incurred;

3. For defendant's reasonable attorneys' fees; and

4. For such other and further relief as this Court may deem just and proper.

## **DEFENDANT'S DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury on all issues herein so triable.

Dated: September 20, 2018

THE LAW OFFICES OF
BRADLEY S. ROTHSCHILD, LLC

*/s/ Bradley S. Rothschild*
Bradley S. Rothschild, Esq.
One University Plaza, Suite 408
Hackensack, New Jersey 07601
Tel:   (845) 287-0011
Fax:   (845) 684-0036
E-mail: brad@rothschildesq.com
Attorneys for Defendant Umit Sencan